JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
THE BACH LAW FIRM, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 925-8787
Fax: (702) 925-8788
Attorneys for Plaintiffs

The Bach Law Firm, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, Nevada 89148
Tel: (702) 925-8787 Fax: (702) 925-8788
www.BachLawFirm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| NICHOLAS OLIVA; JOAN OLIVA, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CITY CORPORATION; NATIONAL CITY MORTGAGE COMPANY; NATIONAL CITY BANK OF INDIANA; MICHAEL DEMING, individually and as an employee/agent of National City; VIVIAN FURLOW, individually and as an employee/agent of National City; and DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:08-cv-01559-PMP-LRL<br><br>Nevada District Case No.: A570250 |

**JOINT MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**
**(First Request)**

COMES NOW, Plaintiffs, by and through their attorneys, Jason J. Bach, Esq. and Michael L. Mascarello, Esq. and Defendants, by and through their attorney, Colt B. Dodrill, Esq hereby file this Joint Motion to Extend Time to File the Joint Pretrial Order. This Motion is supported by the attached Points and Authorities, the attached affidavit of counsel, and any oral argument allowed by

///

///

*The Bach Law Firm, LLC*
6053 S. Fort Apache Rd., Suite 130
Las Vegas, Nevada 89148
Tel: (702) 925-8787 Fax: (702) 925-8788
www.BachLawFirm.com

this Honorable Court.

DATED this 6th day of January, 2011.

**THE BACH LAW FIRM, LLC**

By: */s/ Michael L. Mascarello*
JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
THE BACH LAW FIRM, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 925-8787
Fax:(702) 925-8788
Attorneys for Plaintiffs

By: */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN, LLP
980 Kelly Johnson Dr., Ste. 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
Attorney for Defendants

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to LR 6-1, the Parties file this motion for extension of time to file their Joint Pretrial Order. District of Nevada Local Rule 6-1 states:

> (a) Every motion requesting a continuance, extension of time, or order shortening time shall be "Filed" by the clerk and processed as an expedited matter. Ex *parte* motions and stipulations shall be governed by LR 6-2.
> (b) Every motion or stipulation to extend time shall inform the court of any previous extensions granted and state the reasons for the extension requested. A request made after the expiration of the specified period shall not be granted unless the moving party, attorney, or other person demonstrates that the failure to act was the result of excusable neglect. Immediately below the title of such motion or stipulation there shall also be included a statement indicating whether it is the first, second, third, etc., requested extension, i.e.:
>
> STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS

(First Request)

(c) The court may set aside any extension obtained in contravention of this rule.
(d) A stipulation or motion seeking to extend the time to file an opposition or final reply to a motion, or to extend the time fixed for healing a motion, must state in its opening paragraph the filing date of the motion.

This court set the deadline to file the Joint Pretrial Order in this case for January 5, 2011. The due to conflicts in schedules of counsel for the parties, including travel during the holidays, Plaintiff and Defense counsel were unable to meet to conduct a Rule 16-3 meeting until January 5, 2011. ***Exhibit #1,*** *Affidavit of Michael L. Mascarello, Esq.* The parties were available to meet on January 4, 2011 and counsel did so telephonically on that date. Counsel for Plaintiffs and Defendants then conducted a LR16-3 conference on January 5, 2011. Counsel met for five (5) hours on that date to prepare the Joint Pretrial Order. ***Id.*** Due to the sheer volume of documents and proposed exhibits in this case, the number of issues for trial, and record in this case, counsel did not complete the conference until 8:00 p.m. ***Id.*** Despite counsels' diligence in attempting to prepare and file the Joint Pretrial Order pursuant to this court's deadlines, counsel requires until January 10, 2011 to edit and finalize the Proposed Joint Pretrial Order for filing with the court. ***Id.*** The Parties' request for an extension of time to January 10, 2011 is not made for the purposes of delay. Calendar call is set for February 3, 2011.

Additionally, Defendants' motion to dismiss, Defendants' renewed motion for summary judgment, Defendants' renewed motions in limine are set to be heard on February 3, 2011. Also pending before the court are Plaintiffs' motion to amend the complaint, and Plaintiffs' motion to strike Defendants' answer. No hearing dates have yet been set of these motions.

The Parties have not made any prior requests to extend the time in which they may file their Joint Pretrial Order. Parties requests an extension until January 10, 2011 to file their Joint Pretrial

///

///

The Bach Law Firm, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, Nevada 89148
Tel: (702) 925-8787 Fax: (702) 925-8788
www.BachLawFirm.com

*The Bach Law Firm, LLC*
6053 S. Fort Apache Rd., Suite 130
Las Vegas, Nevada 89148
Tel: (702) 925-8787 Fax: (702) 925-8788
www.BachLawFirm.com

Order.

DATED this 6th day of January, 2011.

**THE BACH LAW FIRM, LLC**

By: */s/ Michael L. Mascarello*
JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
6053 South Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Attorneys for Plaintiffs

*/s/ Colt B. Dodrill*
COLT DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN, LLP
980 Kelly Johnson Dr., Ste. 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
Attorney for Defendants

The Bach Law Firm, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, Nevada 89148
Tel: (702) 925-8787 Fax: (702) 925-8788
www.BachLawFirm.com

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I certify that I am an employee of The Bach Law Firm, LLC and that the following document, JOINT MOTION TO EXTEND TIME TO FILE PRETRIAL ORDER was served via electronic service on this date, January 6th, 2011, on the following parties:

COLT DODRILL, ESQ.
WOLFE & WYMAN, LLP
980 Kelly Johnson Dr., Ste. 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
Attorney for Defendants

JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
6053 South Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Attorneys for Plaintiffs

*/S/ Sandra Herbstreit*
An Employee of The Bach Law Firm, LLC