**Colt B. Dodrill, Esq.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
cbdodrill@wolfewyman.com

Attorneys for Defendants
**NATIONAL CITY MORTGAGE COMPANY; MICHAEL DEMING; AND VIVIAN FURLOW**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS OLIVA; JOAN OLIVA, individuals,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL CITY CORPORATION; NATIONAL CITY MORTGAGE COMPANY; NATIONAL CITY BANK OF INDIANA; MICHAEL DEMING, individually and as an employee/agent of National City; VIVIAN FURLOW, individually and as an employee/agent of National City; and DOES I through XX, inclusive<br><br>Defendants. | CASE NO.:  2:08-cv-01559-PMP-LRL<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

**COMES** NOW, Defendants, National City Mortgage Company; Michael Deming and Vivian Furlow (hereinafter collectively known as "Defendants"), by and through their attorneys, **COLT B. DODRILL, ESQ. of Wolfe & Wyman LLP**, and hereby files this Motion to remove Peter E. Dunkley, Esq. and Rachel E. Donn, Esq. from the CM/ECF System List in the above entitled matter.

The basis of this Motion is that Peter E. Dunkley, Esq., Nevada Bar No. 11110 and Rachel E. Donn, Esq., Nevada Bar No. 10568 are no longer employed with Wolfe & Wyman, LLP, and, therefore, may be removed from the Service List.  Colt B. Dodrill, Esq. of the law firm of Wolfe &

1 | Wyman, LLP will remain as counsel of record for Defendants.

2 | DATED: February 1, 2011     WOLFE & WYMAN LLP

By: */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Phone (702) 476-0100
Fax (702) 476-0101
Attorneys for Defendants
**NATIONAL CITY MORTGAGE COMPANY;
MICHAEL DEMING AND VIVIAN FURLOW**

V:\National City Bank (1264)\069 (Oliva)\Pleadings\Motion Remove PED RED Service List.doc

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-2-11

---

2
**MOTION TO REMOVE FROM CM/ECF SERVICE LIST**

**CERTIFICATE OF SERVICE**

On February 1, 2011, I served the **MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** by the following means to the persons as listed below:

  X    a.     EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Jason J. Bach jbach@bachlawfirm.com, Sandra.Herbstreit@bachlawfirm.com,

___    b.     United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: */s/ Katia Ioffe*
Katia Ioffe
An employee of Wolfe & Wyman LLP