# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS OLIVA; JOAN OLIVA, individuals, | 2:08-CV-01559- PMP-LRL |
| Plaintiffs, | **ORDER** |
| vs. | |
| NATIONAL CITY CORPORATION; NATIONAL CITY MORTGAGE COMPANY; NATIONAL CITY BANK OF INDIANA; MICHAEL DEMING, individually and as an employee/agent of National City; VIVIAN FURLOW, individually and as an employee/agent of National City, | |
| Defendants. | |

Before the Court for consideration is Defendant National City Mortgage Company's fully briefed Motion for Costs and Attorney's Fees (Doc. #116). The contentious history of this case is chronicled in the filings of the Parties with respect to the instant motion. Having considered the foregoing, and being familiar with the entire course of this litigation, the Court finds that the costs claimed by Defendant National City Mortgage Company of $9,675.83 are reasonable. The Court further finds, however, that Defendant's Motion for Attorneys' Fees shall be denied and that each Party should bear their own Attorneys' Fees.

**IT IS THEREFORE ORDERED** that Defendant National City Mortgage Company's fully briefed Motion for Costs and Attorney's Fees (Doc. #116) is **GRANTED** to the extent that Defendant National City Mortgage Company shall recover from Plaintiffs Nicholas Oliva and Joan Oliva the sum of $9,675.83 in costs, such sum to be payable by Plaintiffs to Defendants within sixty (60) days from the date of this Order.

**IT IS FURTHER ORDERED** that Defendant National City Mortgage Company's Motion for Attorneys' Fees (Doc. #116) is **DENIED**.

DATED: March 14, 2011.

_____
PHILIP M. PRO
United States District Judge